THOMAS AMBROSIO
ATTORNEY AT LAW
Member of NJ & NY Bars

November 9, 2026

Via ECF

Honorable Katherine Polk Failla, U.S.D.J.
40 Floey Square
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

RE: USA vs Quazeak Robinson, 26-CR-262 (KPF)

Dear Judge Failla:

I represent Quazeak Robinson in the above-referenced matter and now respectfully request modification of his bail conditions.

I respectfully request that Your Honor order the removal of home detention and impose a curfew to be set by United States Pretrial Services ("Pretrial") with continued location monitoring. I have consulted with Pretrial Officer Michael McMillan, who recommended and consents to the requested bail modification, and AUSA Ariana Bloom, who defers to Pretrial's position and does not object to this request.

On May 22, 2026, Mr. Robinson appeared before the Honorable Robert W. Lehrburger, U.S.D.J., and released on a $50,000.00 personal recognizance bond co-signed by two financially responsible persons. Mr. Robinson was placed on home detention with location monitoring, with travel restricted to the Southern and Eastern Districts of New York, the District of New Jersey, the District of South Carolina, and points between for attorney meetings and court appearances. He is also required to maintain or seek employment.

750 Valley Brook Avenue □ Lyndhurst □ New Jersey 07071 □ 201.935.3005 □ 201.935.7667 ∞ fax
tambrosio@legal750.com

The proposed bail modification would allow Mr. Robinson to earn substantially more income from his current employer, Spherion Staffing based in Galivants Ferry, S.C. His position as a laborer often requires the work crew to stay overnight at job sites. Mr. Robinson's current bail conditions do not allow him to work jobs that require the crew to stay overnight.

All other conditions of Mr. Robinson's release will remain in full force and effect.

Your Honor's granting of this bail modification would be greatly appreciated by Mr. Robinson.

Very truly yours,

*/s/Thomas Ambrosio*
Thomas Ambrosio

cc: Ariana Bloom, AUSA (via ECF)
Michael McMillan (via email)

Application GRANTED. Mr. Robinson's bail is hereby MODIFIED to eliminate home detention and, instead, to impose curfew to be set by Pretrial Services with continued location monitoring.

The Clerk of Court is directed to terminate the pending motion at docket entry 57.

Dated: November 10, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE