THOMAS AMBROSIO
ATTORNEY AT LAW
Member of NJ & NY Bars

November 16, 2026

Via ECF

Honorable Katherine Polk Failla, U.S.D.J.
40 Floey Square
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

RE: USA vs Quazeak Robinson, 26-CR-262 (KPF)

Dear Judge Failla:

Last week Your Honor granted my request to modify Quazeak Robinson's bail, by endorsed memo. (ECF 58). The main purpose of the bail modification request was to enable Mr. Robinson to accept job assignments from his employer that required overnight stays out of town. His modified bail contained a curfew to be set by US Pretrial Services and I was informed that the curfew condition was incompatible with his being permitted to stay overnight for work assignment.

I contacted, AUSA Ariana Bloom about this issue and she responded that she spoke to Mr. Robinson's USPTS officer and has no objection to modifying Mr. Robinson to standalone monitoring to allow him to participate in the overnight portions of his job. The government objects to removing the location monitoring entirely, as it doesn't seem necessary for the job.

Accordingly, I am respectfully requesting that Mr. Robinson's bail be further modified to remove a curfew requirement. All other conditions of Mr. Robinson's release, including standalone monitoring will remain in full force and effect.

Your Honor's granting of this bail modification would be greatly appreciated by Mr. Robinson.

750 Valley Brook Avenue  Lyndhurst  New Jersey 07071  201.935.3005  201.935.7667 ∞ fax
tambrosio@legal750.com

Very truly yours,

*/s/Thomas Ambrosio*
Thomas Ambrosio

cc: Ariana Bloom, AUSA (via ECF)
Michael McMillan (via email)

Application GRANTED. Mr. Robinson's bail conditions are hereby MODIFIED to remove the curfew requirement. Location monitoring and the other conditions of Mr. Robinson's release will continue under the supervision of Pretrial Services.

The Clerk of Court is directed to terminate the pending motion at docket entry 60.

Dated: November 17, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE